UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THOMAS C. REGA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 7-170-B-W |
| | ) |
| HON. G. ARTHUR BRENNAN, et al., | ) |
| | ) |
| Defendants | ) |

**O R D E R**

Plaintiff has filed a Complaint pursuant to 42 U.S.C. § 1983. He has neither paid the $350.00 filing fee nor filed an application to proceed in forma pauperis. See 28 U.S.C. § 1915(a)(2) ("A prisoner seeking to bring a civil action ... without prepayment of fees or security therefore, in addition to filing the affidavit...<u>shall submit a certified copy of the trust fund account statement</u> (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint ... <u>obtained from the appropriate official</u> of each prison at which [he] is or was confined") (emphasis added).

The Clerk is hereby directed to forward a form Application to Proceed In Forma Pauperis, incorporating the amendments, to the Plaintiff. Plaintiff is hereby ORDERED to file an Application to Proceed In Forma Pauperis, or pay the filing fee of $350, no later than November 30, 2007, failing which I will issue a recommendation that this matter be dismissed for lack of prosecution.

Plaintiff is cautioned that even if he is granted leave to proceed in forma pauperis, pursuant to 28 U.S.C. section 1915(b)(1), he is required to pay the entire filing fee in this matter as funds become available in his prison account.

Plaintiff is advised that, in the event he is released from incarceration prior to the filing fee of $350.00 being paid in full, he is still required to pay the entire filing fee, absent further order of the court relieving him of the obligation.

*SO ORDERED*

November 7, 2007                               /s/ Margaret J. Kravchuk
                                                U.S. Magistrate Judge