UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THOMAS C. REGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 7-170-B-W |
| | ) |
| HON. G. ARTHUR BRENNAN, et al., | ) |
| | ) |
| Defendants. | ) |

**RECOMMENDED DECISION**

On November 1, 2007, Thomas Rega filed a complaint naming numerous state officials, including judges and prosecutors, as defendants, alleging they had conspired among themselves and with Rega's wife, to wrongfully convict him of a rape charge. On November 7, 2007, I entered an order (Docket No. 2) directing plaintiff to either pay the filing fee or file a motion to proceed in forma pauperis by November 30, 2007. Instead of complying with my order, plaintiff filed a voluntary dismissal (Docket No. 4) on November 29, 2007. Then, on December 17, 2007, plaintiff filed a motion to reopen (Docket No. 6) this case as a criminal case. On December 17, 2007, I entered an order (Docket No. 7) informing plaintiff that he could not do so.

Now plaintiff has filed another complaint (Docket No. 8), which once more appears to be an attempt to open a criminal case against state officials. This time he has added the Governor to his list of defendants. I recommend this entire matter be dismissed and the plaintiff be warned to cease from further frivolous filings. He has already been warned that he must pay a filing fee or file an IFP motion to open a civil case and he has been told that criminal cases are brought through the United States Attorney's Office.

His repeated duplicative filings cause the clerk's office additional work and accomplish nothing.

## NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

December 27, 2007                                   /s/ Margaret J. Kravchuk
                                                                  U.S. Magistrate Judge