UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

THOMAS C. REGA,                          )
                                         )
            Plaintiff,                   )
                                         )
        v.                               )          Civil No. 07-170-B-W
                                         )
HON. G. ARTHUR BRENNAN, et al.,          )
                                         )
            Defendants.                  )


**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE
AND CAUTIONARY NOTICE TO PLAINTIFF**

The United States Magistrate Judge filed with the Court on December 27, 2007 her Recommended Decision.  The Plaintiff filed his objections to the Recommended Decision on January 3, 2008.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Complaint (Docket # 1) and Amended Complaint (Docket # 8) be and hereby are DISMISSED.

In her Recommended Decision, the magistrate judge recommends that the Court warn Mr. Rega against making "further frivolous filings."  The magistrate judge notes that on November 1, 2007, Mr. Rega "filed a complaint naming numerous state officials,

including judges and prosecutors, as defendants, alleging that they had conspired among themselves and with Rega's wife, to wrongfully convict him of a rape charge." *Recommended Decision* at 1 (Docket # 9).  The magistrate judge issued an Order on November 7, 2007, directing Mr. Rega "either to pay the filing fee or file a motion to proceed in forma pauperis by November 30 2007." *Id.*  Instead, on November 29, 2007, Mr. Rega moved to voluntarily dismiss the complaint and then on December 17, 2007, he moved to reopen the case as a criminal case. *Id.*

On December 17, 2007, the magistrate judge entered an Order informing Mr. Rega that he could not file a criminal complaint. *Id.*  She explained that "[c]riminal cases are brought by the United States Government through the U.S. Attorney's office and any criminal case would have to be brought in this court in that fashion." *Order* (Docket # 7).  In disregard of the judge's Order, Mr. Rega filed another complaint, again attempting to open a criminal case in this Court against state officials and adding the Governor of the state of Maine to the list of defendants. *Id.*  On December 27, 2007, after the magistrate judge recommended that the complaint be dismissed, Mr. Rega objected, reiterating his erroneous view that he has the right to require this Court to notify the Attorney General and request an investigation of his criminal complaint. *Pl.'s Ob. to Report and Recommended Dec.*  (Docket # 10).

Mr. Rega is incorrect.  As the magistrate judge informed him, he does not have the right to file a criminal complaint in the United States District Court and this Court concludes that Mr. Rega's criminal complaints are "based on an indisputably meritless legal theory". *Wasson v. Caton*, 984 F.2d 537, 540 (1st Cir. 1993).  The repeated filing of patently frivolous pleadings will not be tolerated.  As such, Mr. Rega is hereby

CAUTIONED and placed on NOTICE that filing restrictions "may be in the offing" in accordance with *Cok v. Family Court of Rhode Island*, 985 F.2d 32, 35 (1st Cir. 1993).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 4th day of January, 2007